IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO VALDOVINOS,<br><br>Defendant. | 8:03CR183<br><br><br>ORDER |

This matter is before the court on defendant's Motion for Leave to Take Deposition (Filing No. 51). Pursuant to Rule 6 of the *Rules Governing Section 2255 Proceedings for the United States District Courts,* the motion is granted.

IT IS SO ORDERED.

DATED this 31st day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge