## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:03CR183** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **JUDGMENT** |
| **RICARDO VALDOVINOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Memorandum and Order entered on this date,

IT IS ORDERED:

Judgment is entered in favor of the government and against the defendant.  The

defendant's Motion under 28 U.S.C. § 2255, Filing No. 45, is dismissed, with prejudice.

DATED this 11th day of May, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge